# United States of America
## United States Patent and Trademark Office

# Amino-Gro

**Reg. No. 4,951,836**  
**Registered May 3, 2016**  
**Int. Cl.: 5**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

ISATORI, INC. (DELAWARE CORPORATION)
15000 W. 6TH AVE, SUITE 202
GOLDEN, CO 80401

FOR: DIETARY AND NUTRITIONAL SUPPLEMENTS CONTAINING AMINO ACIDS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 1-13-2016; IN COMMERCE 1-13-2016.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-178,524, FILED 1-29-2014.

SHAVELL MCPHERSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

EXHIBIT A