

# United States of America
## United States Patent and Trademark Office

# CARDIO CUTS

**Reg. No. 4,054,185**
**Registered Nov. 8, 2011**
**Int. Cl.: 5**

**TRADEMARK**
**PRINCIPAL REGISTER**

BOND LABORATORIES, INC. (NEVADA CORPORATION)
11011 Q STREET
OMAHA, NE 68137

FOR: DIETARY SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 6-23-2011; IN COMMERCE 6-23-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CARDIO", APART FROM THE MARK AS SHOWN.

SN 85-268,387, FILED 3-16-2011.

JUSTINE D. PARKER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT B