Title: Amazon.com: iSatori Amino-GRO BCAA Powder - Branched Chain Amino Acid Formula with Glutamine and Bio-GRO Bio-Active Peptides - Essential Amino Energy for Women and Men - Frosted Lemonade (30 Servings)
Link: https://www.amazon.com/iSatori-Amino-Gro-Glutamine-Performance-Hydration/dp/B01B8FVYZU/ref=sr_1_1?dchild=1&keywords=amino+gro&m=A39VPVZ31R682M&qid=1626471228&s=merchant-items&sr=1-1
Date: 07/20/2021





Health & Household › Sports Nutrition › Amino Acids › BCAAs

Sponsored ⓘ











Roll over image to zoom in

### iSatori Amino-GRO BCAA Powder - Branched Chain Amino Acid Formula with Glutamine and Bio-GRO Bio-Active Peptides - Essential Amino Energy for Women and Men - Frosted Lemonade (30 Servings)

Visit the iSatori Store

★★★★☆  56 ratings

**Amazon's Choice** for "amino gro"

Price: **$24.36** ($2.56 / Ounce) Get **Fast, Free Shipping** with **Amazon Prime** & **FREE Returns**

Get **$50 off instantly:** Pay **$0.00** ~~$24.36~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Frosted Lemonade**

| | |
|---|---|
| **Brand** | iSatori |
| **Item Form** | Powder |
| **Flavor** | Frosted Lemonade |
| **Color** | Frosted Lemonade |
| **Ingredients** | See photo atop page for complete product ingredient listing |

**About this item**

- **Maximum Muscle Growth:** With clinically validated 2:1:1 ratio of Branched Chain Amino Acids (BCAAs) and the power of Bio-Gro's Bio Active Peptides, the Amino-Gro formula is like no other when it comes to performance, recovery and muscular development.
- **Faster Muscle Recovery:** The very essence of building muscle revolves around how fast you can recover from each intense workout. With its clinically tested ingredients, Amino-Gro is designed to help accelerate your recovery after every work out.



Captured by FireShot Pro [20-07-2021, 14:19:02]

EXHIBIT C