Title: Amazon.com: NDS Nutrition Cardio Cuts 3.0 Pre Workout Supplement - Advanced Weight Loss and Pre Cardio Formula with L-Carnitine, CLA, MCTs, L-Glutamine, and Safflower Oil - Bombsicle (40 Servings)
Link: https://www.amazon.com/NDS-Nutrition-Cardio-Cuts-3-0/dp/B075FBQXX1/ref=sr_1_1?dchild=1&keywords=cardio+cuts&m=A39VPVZ31R682M&qid=1626470904&s=merchant-items&sr=1-1&th=1
Date: 07/20/2021





Roll over image to zoom in



## NDS Nutrition Cardio Cuts 3.0 Pre Workout Supplement - Advanced Weight Loss and Pre Cardio Formula with L-Carnitine, CLA, MCTs, L-Glutamine, and Safflower Oil - Bombsicle (40 Servings)

Visit the Cardio Cuts Store

649 ratings | 10 answered questions

**Save 16%** Lowest price in 30 days

Was: $59.99 Details
Price: **$50.36** ($5.86 / Ounce) & FREE Returns
You Save: $9.63 (16%)

Get $50 off instantly: Pay $0.36 $50.36 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Bombsicle**

| | |
|---|---|
| $50.36 ($5.86 / Ounce) | |
| $56.33 ($6.55 / Ounce) | |
| $49.34 ($5.74 / Ounce) | |
| $49.96 ($5.81 / Ounce) | |
| $59.16 ($6.88 / Ounce) | |

| Brand | Cardio Cuts |
|---|---|
| Item Form | Powder |
| Flavor | Bombsicle |
| Color | Bombsicle |
| Allergen Information | Gluten Free |

**About this item**



One-time purchase: $50.36
& FREE Returns

FREE delivery: **Monday, July 26** Details
Fastest delivery: **Thursday, July 22**
Order within 9 hrs and 44 mins Details

⊙ Select delivery location

**Only 8 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from: Amazon
Sold by: NaqshBeauty

Return policy: This item is returnable



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

○ **Subscribe & Save:** 10% 15%
$45.10 ($5.24 / Ounce)
First delivery on Jul 26
Ships from: Amazon
Sold by: FitLife Brands

Add to List

Captured by FireShot Pro [20-07-2021, 14:17:18]


EXHIBIT D