Title: Amazon.com: NDS Nutrition Cardio Cuts 4.0 Pre Workout Supplement - Advanced Weight Loss and Pre Cardio Formula with L-Carnitine, CLA, MCTs, L-Glutamine, and Safflower Oil - Razz Lemonade (40 Servings)
Link: https://www.amazon.com/NDS-Nutrition-Cardio-Cuts-3-0/dp/B075FCL3S1/ref=sr_1_1?dchild=1&keywords=cardio+cuts&m=A39VPVZ31R682M&qid=1626470904&s=merchant-items&sr=1-1&th=1
Date: 07/20/2021



Health & Household › Sports Nutrition › Endurance & Energy › Supplements







VIDEO



Roll over image to zoom in

## NDS Nutrition Cardio Cuts 4.0 Pre Workout Supplement - Advanced Weight Loss and Pre Cardio Formula with L-Carnitine, CLA, MCTs, L-Glutamine, and Safflower Oil - Grape (40 Servings)

Visit the Cardio Cuts Store

★★★★☆  649 ratings | 10 answered questions

Was: $59.99 Details
Price: **$56.00** ($6.51 / Ounce)
& FREE Returns
You Save: $3.99 (7%)

Get $50 off instantly: Pay $6.00 $56.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Grape**

| | |
|---|---|
| $50.16 ($5.83 / Ounce) | |
| **$56.00 ($6.51 / Ounce)** | |
| $49.04 ($5.70 / Ounce) | |
| $49.66 ($5.77 / Ounce) | |
| - - | |
| $58.80 ($6.84 / Ounce) | |

| | |
|---|---|
| Brand | Cardio Cuts |
| Item Form | Oil |
| Flavor | Grape |
| Color | Grape |
| Allergen Information | Gluten Free |



One-time purchase: **$56.00**
& FREE Returns

FREE delivery: **Monday, July 26** Details

Fastest delivery: **Friday, July 23**
Order within 8 hrs and 22 mins Details

Select delivery location

**Only 15 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from  Amazon
Sold by    NaqshBeauty

Return policy: This item is returnable

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
**Try Prime** and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

○ Subscribe & Save:
10% / 15%
$48.99 ($5.70 / Ounce)
First delivery on Jul 26
Ships from: Amazon
Sold by: FitLife Brands

Captured by FireShot Pro [20-07-2021, 15:37:49]


EXHIBIT E