IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FITLIFE BRANDS, INC. ) | CIVIL ACTION NO. 8:21-CV-00271 |
| Plaintiff, ) | |
| vs. ) | |
| APOTHECARY MOVEMENT LLC d/b/a ) NAQSHBEAUTY, and ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41** |
| AMAAR ASHRAF, ) | |
| Defendants. ) | |

COMES NOW the Plaintiff, FitLife Brands, Inc., by and through its attorneys, Luke C. Holst and Brian T. McKernan, and hereby gives the Court notice that it dismisses all causes of action pending against the Defendants without prejudice pursuant to Fed. R. Civ. P. 41. Dismissal is appropriate by notice without any court order being needed under Fed. R. Civ. P. 41(a)(1)(A)(i) because Defendants Apothecary Movement LLC d/b/a Naqshbeauty and Amaar Ashraf have neither served an answer nor a motion for summary judgment.

WHEREFORE, the Plaintiff hereby gives notice that it is dismissing this case without prejudice, with no award of costs to either party.

Dated this 31st day of August, 2021.

FitLife Brands, Inc., Plaintiff

*/s/ Luke C. Holst*
Brian T. McKernan, NE #22174
Luke C. Holst, NE #23834
McGrath North Mullin & Kratz, PC LLO
Suite 3700 First National Tower
1601 Dodge St.
Omaha, Nebraska 68102
(402) 341-3070
(402) 952-6896 fax
bmckernan@mcgrathnorth.com
lholst@mcgrathnorth.com

*Attorneys For Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 31st day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Dan H. Ketcham #18930
Engles, Ketcham, Olson & Keith, P.C.
dketcham@ekoklaw.com

Attorney for Defendants Apothecary Movement, LLC d/b/a
Naqshbeauty and Amaar Ashraf

                */s/ Luke C. Holst*
                Luke C. Holst